UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-M-1335

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| WILLIAMS, BRYAN C. | ) |
| | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about October 28, 2008, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WILLIAMS, BRYAN C., did operate a motor vehicle upon a street, highway, or public vehicular area while his driver's license was suspended, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-28(a).

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: /s/ Jesus Salazar

JESUS SALAZAR
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222